**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Samantha Elkoni, | ) | Case No. 21-22633-CMB |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| Samantha Elkoni, | ) | |
| | ) | Document No.: |
| Movants, | ) | |
| | ) | Related to Document No.: 19 |
| v. | ) | |
| | ) | Related to Claim No.: 5, 9 |
| Ronda J Winnecour, | ) | |
| | ) | |
| Chapter 13 Trustee | ) | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

❑   a motion to dismiss case or certificate of default requesting dismissal

❑   a plan modification sought by: _____

❑   a motion to lift stay
    as to creditor   _____

☒   Other:   Notice of Mortgage Payment Change filed by PennyMac Loan Services, LLC at claim number 5.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

☒   Chapter 13 Plan dated January 6, 2022, at Docket No. 19.
❑   Amended Chapter 13 Plan

is modified as follows:

-1-

☒ Debtor(s) Plan payments shall be changed from **$ 3,008.00** to **$3,134.00** per month, effective <u>January 1, 2023;</u>                                   .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: <u>This order incorporates and implements all Notice of Payment changes filed to date at Claim no. 5</u>
<u>Twp of Upper St Clair Claim no. 9 to govern as to amount and interest rate.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this <u>5th</u> day of <u>January</u>, 2023

-2-

Dated: January 5, 2023

_____
United States Bankruptcy Judge dmr

FILED
1/5/23 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com


Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com



cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22633-CMB |
| Samantha Elkoni | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha Elkoni, 464 Laredo Drive, Pittsburgh, PA 15241-1716 |
| cr | + | Greater Pittsburgh FCU, 4415 Fifth Avenue, Suite 100, Pittsburgh, PA 15213, UNITED STATES 15213-2654 |
| 15438519 | #+ | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15438520 | + | Greater Pittsburgh FCU, 4415 Fifth Avenue, Suite 100, Pittsburgh, PA 15213-2654 |
| 15438526 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 06 2023 00:02:00 | Township of Upper St. Clair, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15455136 | + | Email/PDF: pa_dc_ed@navient.com | Jan 06 2023 00:15:25 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15438515 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 06 2023 00:02:00 | Bank of America, 4060 Oglestown/Stanton Rd, DE5-019-03-07, Newark, DE 19713 |
| 15450560 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 06 2023 00:02:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15438516 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:15:09 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15438517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2023 00:15:30 | Citicards CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15438518 | | Email/Text: mrdiscen@discover.com | Jan 06 2023 00:02:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15440137 | | Email/Text: mrdiscen@discover.com | Jan 06 2023 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15438521 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2023 00:02:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 15438522 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 06 2023 00:15:25 | JPMCB - Card Services, 301 N Walnut Street, Floor 9, Wilmington, DE 19801 |
| 15447474 | + | Email/Text: RASEBN@raslg.com | Jan 06 2023 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15453214 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:15:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15448618 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 21-22633-CMB    Doc 34    Filed 01/07/23    Entered 01/08/23 00:24:31    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 06 2023 00:02:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15438524 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2023 00:02:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 15438523 | | Email/PDF: ebnotices@pnmac.com | Jan 06 2023 00:15:30 | PennyMac Loan Services LLC, 6101 Condor Drive, Simi Valley, CA 93065 |
| 15448887 | + | Email/PDF: ebnotices@pnmac.com | Jan 06 2023 00:15:12 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15455917 | + | Email/Text: bncmail@w-legal.com | Jan 06 2023 00:02:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15438525 | | Email/Text: bncmail@w-legal.com | Jan 06 2023 00:02:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15455134 | + | Email/Text: ebnjts@grblaw.com | Jan 06 2023 00:02:00 | Township of Upper St. Clair, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Ste. 3110, Pittsburgh, PA 15219-1753 |
| 15441571 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:15:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15438527 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:15:25 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Samantha Elkoni bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Jan 05, 2023     Form ID: pdf900     Total Noticed: 26

Denise R. Turner
                 on behalf of Creditor Greater Pittsburgh FCU drtesq913@gmail.com

Jeffrey R. Hunt
                 on behalf of Creditor Township of Upper St. Clair jhunt@grblaw.com

Office of the United States Trustee
                 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                 cmecf@chapter13trusteewdpa.com

TOTAL: 6