## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 21-22633-CMB |
| | ) | |
| Samantha Elkoni, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | December 7, 2023, at 1:30 P.M. |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Samantha Elkoni.

2. This is an interim application for the period January 22, 2021 through November 13, 2023.

3. Previous retainer paid to Applicant: $1,000.00.

4. Previous interim compensation allowed to Applicant: $4,000.00

5. Applicant requests additional:
   Compensation of $1,840.00
   Reimbursement of Expenses of $47.34

6. A hearing will be held on December 7, 2023, at 1:30 p.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. Any written objections must be filed with the court and served on Applicant on or before November 30, 2023, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: November 13, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com