**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 21-22633-CMB |
| | ) | |
| Samantha Elkoni, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. 38 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 35, 36 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | December 7, 2023, at 1:30 P.M. |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on November 13, 2023, at Document No. 35 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 36, Objections were to be filed and served no later than November 30, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 35 be entered by the Court.

Date: <u>December 1, 2023</u>

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com