# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Samantha Elkoni, | : | Bankruptcy Case No.: 21-22633-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Samantha Elkoni, | : | |
| | : | Document No.: 49 |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 5 |
| PennyMac Loan Services, LLC, | : | |
| | : | |
| Respondent. | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on December 9, 2024, after reasonable investigation and upon review of the existing Chapter 13 Plan, Debtor believes and avers that the Plan is sufficiently funded even with the proposed change for January 1, 2025. Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  December 10, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com