# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Samantha Elkoni, | : | Bankruptcy Case No.: 21-22633-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Samantha Elkoni, | : | |
| | : | Document No.: 50 |
| Movant, | : | |
| | : | Related to Document No.: 49 |
| v. | : | |
| | : | Related to Claim No.: 5 |
| PennyMac Loan Services, LLC, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtor's Declaration of Sufficient Plan Funding at Document No. 49, on December 10, 2024, on the interested parties listed below:

PennyMac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020

Denise Carlon, Esq.
*Attorney for Creditor*
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: December 10, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com