**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SAMANTHA ELKONI | Case No. 21-22633CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>UPPER ST CLAIR TOWNSHIP (SWG) | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR INDICATES NO BALANCE IS DUE, CONTRARY TO FILED PROOF OF CLAIM.

| | |
|---|---|
| UPPER ST CLAIR TOWNSHIP (SWG)<br>C/O JORDAN TAX SVC - DLQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 9/Trustee CID# 20 |

The Movant further certifies that on 03/07/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
SAMANTHA ELKONI, 464 LAREDO DRIVE
PITTSBURGH, PA  15241

ORIGINAL CREDITOR:
UPPER ST CLAIR TOWNSHIP (SWG), C/O
JORDAN TAX SVC - DLQ CLCTR, 102
RAHWAY RD, MCMURRAY, PA  15317

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW, 525
WILLIAM PENN PLACE STE 3110,
PITTSBURGH, PA  15219

DEBTOR'S COUNSEL:
BRIAN C THOMPSON ESQ, THOMPSON
LAW GROUP PC, 301 SMITH DRIVE SUITE
6, CRANBERRY TOWNSHIP, PA  16066

NEW CREDITOR: