**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SAMANTHA ELKONI | Case No. 21-22633CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| UPPER ST CLAIR TOWNSHIP (SWG) | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

UPPER ST CLAIR TOWNSHIP (SWG)
C/O JORDAN TAX SVC - DLQ CLCTR
102 RAHWAY RD
MCMURRAY, PA 15317

Court claim# 9/Trustee CID# 19

The Movant further certifies that on 03/07/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>SAMANTHA ELKONI, 464 LAREDO DRIVE PITTSBURGH, PA  15241 | ORIGINAL CREDITOR:<br>UPPER ST CLAIR TOWNSHIP (SWG), C/O JORDAN TAX SVC - DLQ CLCTR, 102 RAHWAY RD, MCMURRAY, PA  15317 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219 | DEBTOR'S COUNSEL:<br>BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 301 SMITH DRIVE SUITE 6, CRANBERRY TOWNSHIP, PA  16066 |
| NEW CREDITOR:<br>CREDITOR INDICATES NO BALANCE IS DUE, CONTRARY TO FILED PROOF OF CLAIM. | |