## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Samantha Elkoni,

              Case No. 21-22633-CMB

              Chapter 13

    Debtor(s).

_____

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑  a motion to dismiss case or certificate of default requesting dismissal

❑  a plan modification sought by: _____

❑  a motion to lift stay
   as to creditor _____

❑  Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated July 23, 2025

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒  Debtor(s) Plan payments shall be changed from $3,226.00 to $3,405.00 per month, effective 01/2026    .

❑  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

- ❏     Debtor(s) shall file and serve _____ on or before _____.

- ❏     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒     Other: <u>All Notices of Mortgage Payment Change filed by PennyMac Loan Services, LLC at Claim No. 5 to govern.</u>
<u>Upper St. Clair Twp CL #9: no further payments as creditor has indicated that no payments are due.</u>

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

SO ORDERED, this 23rd day of December, 2025

Dated: December 23, 2025

United States Bankruptcy Judge    dmr

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

FILED
12/23/25 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22633-CMB |
| Samantha Elkoni | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 23, 2025 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha Elkoni, 464 Laredo Drive, Pittsburgh, PA 15241-1716 |
| cr | + | Greater Pittsburgh FCU, 4415 Fifth Avenue, Suite 100, Pittsburgh, PA 15213, UNITED STATES 15213-2654 |
| 15438519 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15438520 | + | Greater Pittsburgh FCU, 4415 Fifth Avenue, Suite 100, Pittsburgh, PA 15213-2654 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 24 2025 00:31:00 | Township of Upper St. Clair, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15455136 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 24 2025 00:38:56 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15438515 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Dec 24 2025 00:30:00 | Bank of America, 4060 Oglestown/Stanton Rd, DE5-019-03-07, Newark, DE 19713 |
| 15450560 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Dec 24 2025 00:30:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15438516 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2025 00:38:50 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15438517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2025 00:38:53 | Citicards CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15438518 | | Email/Text: mrdiscen@discover.com | Dec 24 2025 00:31:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15440137 | | Email/Text: mrdiscen@discover.com | Dec 24 2025 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15438521 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 24 2025 00:31:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 15438522 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 24 2025 00:39:00 | JPMCB - Card Services, 301 N Walnut Street, Floor 9, Wilmington, DE 19801-3971 |
| 15447474 | + | Email/Text: RASEBN@raslg.com | Dec 24 2025 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15453214 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2025 00:39:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15448618 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 24 2025 00:31:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15438524 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 24 2025 00:31:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15438523 | | Email/PDF: ebnotices@pnmac.com | Dec 24 2025 00:38:53 | PennyMac Loan Services LLC, 6101 Condor Drive, Simi Valley, CA 93065 |
| 15448887 | + | Email/PDF: ebnotices@pnmac.com | Dec 24 2025 00:38:53 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15455917 | + | Email/Text: bncmail@w-legal.com | Dec 24 2025 00:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15438525 | | Email/Text: bncmail@w-legal.com | Dec 24 2025 00:31:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15455134 | + | Email/Text: ebnjts@grblaw.com | Dec 24 2025 00:31:00 | Township of Upper St. Clair, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Ste. 3110, Pittsburgh, PA 15219-1753 |
| 15438526 | + | Email/Text: jill.locnikar@usdoj.gov | Dec 24 2025 00:31:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15441571 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 24 2025 00:38:51 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15438527 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 24 2025 00:39:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Westlake Financial Services |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

**Name** | **Email Address**

Brian C. Thompson
on behalf of Debtor Samantha Elkoni bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Denise Carlon

       on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Denise R. Turner
       on behalf of Creditor Greater Pittsburgh FCU drtesq913@gmail.com

Eliza Garifullina
       on behalf of Creditor Westlake Financial Services ANHSOrlans@InfoEx.com

Jeffrey R. Hunt
       on behalf of Creditor Township of Upper St. Clair jhunt@grblaw.com

Matthew Fissel
       on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

TOTAL: 8