**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 21-22633-CMB |
| | ) | |
| Samantha Elkoni, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 20, 2026, at 11:30 a.m. |
| | ) | |
| No Respondent. | ) | |

**<u>SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.</u>**

To All Creditors and Parties in Interest:

1.      Applicant represents Samantha Elkoni.

2.      This is an interim application for the period November 14, 2023 through April 24, 2026.

3.      Previous retainer paid to Applicant: $1,000.00.

4.      Previous interim compensation allowed to Applicant: $4,000.00

5.      Applicant requests additional:
Compensation of $4,767.00
Reimbursement of Expenses of $47.34

6.      You are instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than <u>May 11, 2026 </u>(*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at https://www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

 You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on <u>May 20, 2026, at 11:30 a.m.</u> before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219.  In accordance with Judge Böhm's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform.  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Böhm's website (which can be found at https://www.pawb.uscourts.gov/judge-bohms-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the

scheduled hearing.  All parties participating remotely shall comply with Judge Böhm's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-1.

7. **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: <u>April 24, 2026</u>

/s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404
bthompson@thompsonattorney.com
