**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 21-22633-CMB |
| | ) | |
| Samantha Elkoni, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 90 & 91 |
| Applicant, | ) | |
| | ) | **Hearing date and time:** |
| vs. | ) | May 20, 2026, at 11:30 A.M. |
| | ) | |
| No Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
SECOND APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 24, 2026, at Document No. 90 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 91, Objections were to be filed and served no later than May 11, 2026.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 90 be entered by the Court.

Date: May 12, 2026

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404
mgillespie@thompsonattorney.com